UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DOLORES ENID GONZALEZ,

               Plaintiff,

           21-cv-2685 (JGK)

    - against -

           <u>ORDER</u>

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant should submit the certified Administrative Record by August 6, 2021.

    SO ORDERED.

Dated:    New York, New York
            July 22, 2021

                                  _____
                                  John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/2021

1