**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DOLORES ENID GONZALEZ,

                Plaintiff,                          21 **CIVIL** 2685 ( JLC   )

      -v-                                        <u>**JUDGMENT**</u>

KILOLO KIJAZAKI,
Acting Commission,
SOCIAL SECURITY Administration,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated August 12, 2022, that Gonzalez's motion is granted, the Commissioner's cross-motion is denied, and the case is and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York
           August 12, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                                   **BY:**

                                                          **Deputy Clerk**